IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Civil No. JFM-02-CV-971 |
| | * | |
| STAR SCIENTIFIC, INC. | * | |

*****

ORDER

For the reasons stated in the accompanying memorandum, it is, this ___ day of June 2002

ORDERED that

Plaintiff's motion to compel is transferred to the United States District Court for the District of Columbia to be considered in connection with the pending case of <u>United States v. Philip Morris, Inc.</u>, No. 99-CV-02496 (D.D.C. filed Sept. 22, 1999).

J. Frederick Motz
United States District Judge



12